UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Chukwuma E. Azubuko

    v.                                      No. 06-fp-323

Kathleen E. Coffey, et al.

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-323-SM.

**SO ORDERED.**

                                          /s/ James R. Muirhead
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: September 26, 2006

cc:    Chukwuma E. Azubuko, *pro se*