UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Chukwuma E. Azubuko

v.                                      06-cv-323-SM

Kathleen E. Coffey, et al.

### ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 9, 2006, for the reasons set forth therein.  Plaintiff's complaint is hereby dismissed.

SO ORDERED.

November 28, 2006

Steven J. McAuliffe
Chief Judge

cc:    Chukwuma E. Azubuko, pro se